IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL POPE, JR., AIS #265261, )
    Plaintiff, )
     )
v. ) CIVIL ACTION NO. 13-00345-KD-C
     )
COI SMITH, *et al.*, )
    Defendants. )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 44) to which objection (Doc. 46) is made, the Report and Recommendation (Doc. 44) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 24, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's "Motion for Leave and Permission from the Court to Amend the Civil Complaint in this Action in the Interest of Justice" (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** this the **16th** day of **April 2014**.

                                    /s/ Kristi K. DuBose
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**